**STATE v. SLOAN**

[347 N.C. 261 (1997)]

STATE OF NORTH CAROLINA v. TONY ORLANDO SLOAN

No. 11A97

(Filed 3 October 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 124 N.C. App. 672, 478 S.E.2d 677 (1996), affirming a sentence imposed on the defendant on 8 September 1995 in Superior Court, Mecklenburg County. Heard in the Supreme Court 8 September 1997.

*Michael F. Easley, Attorney General, by Don Wright, Assistant Attorney General, for the State.*

*Isabel Scott Day, Public Defender, by Julie Ramseur Lewis, Assistant Public Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.